UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOM FAIRWEATHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5222** |
| **DIAMOND OFFSHORE DRILLING, INC.** | **SECTION "K"(3)** |

### ORDER

This Court held oral argument concerning Defendant Diamond Offshore Services, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (Rec. Doc. 71) on April 16, 2008. For the reasons provided by the Court in its ruling from the bench on the same day, accordingly,

**IT IS ORDERED** that Defendant's Motion is **GRANTED.** Defendant Diamond Offshore Services, Ltd. is **DISMISSED** from this matter for lack of personal jurisdiction; and

**IT IS FURTHER ORDERED** that Diamond Offshore Drilling, Inc., be unterminated and added as a defendant in this matter; and

**IT IS FURTHER ORDERED** that the pretrial conference and trial date be **CONTINUED** to allow further discovery and pleading by the parties.

New Orleans, Louisiana, this __16th__ day of April, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**