UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOM FAIRWEATHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5222** |
| **DIAMOND OFFSHORE DRILLING, INC.** | **SECTION "K"(3)** |

### ORDER OF DISMISSAL

In light of the response by Plaintiff Tom Fairweather (Rec. Doc. 98) to Defendant Diamond Offshore Drilling, Inc.'s motion for summary judgment in which Plaintiff informed the Court that he does not oppose Defendant's motion, and in which he requested that this case be dismissed, accordingly,

**IT IS ORDERED** that Defendant's Motion (Rec. Doc. 94) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the above-captioned case be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this __24th__ day of November, 2008.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**